THE PEOPLE OF THE STATE OF NEW YORK ex rel. J. EDWARD IRELAND v. CHARLES DONOHUE.

*Judge of Common Pleas — county judge within section 556 of Code of Civil Procedure.*

A judge of the Court of Common Pleas of the city of New York is a county judge, within the meaning of that term as used in section 556 of the Code of Civil Procedure, and an order of arrest may be granted by him.

CERTIORARI to review the decision of Hon. CHARLES DONOHUE, one of the justices of the Supreme Court, on the hearing at the return of a writ of *habeas corpus*, issued to the warden of the New York county jail, in Ludlow street, to inquire into the cause of detention of J. Edward Ireland, held under an order of arrest in a civil action. The order of arrest was granted by a judge of the Court of Common Pleas, and the question was whether he had authority to grant the same under section 556 of the Code of Civil Procedure. The writ of *habeas corpus* was dismissed by Judge DONOHUE, and the prisoner was remanded to the custody of the sheriff.

*Joseph D. Fay*, for the relator.

*Theodore Sutro*, for the respondent.

*Per Curiam:*

· We are of the opinion that a judge of the Court of Common Pleas is a county judge, within the meaning of that term as used in section 556 of the Code of Civil Procedure. We think the question is substantially disposed of by the Court of Appeals, in the *Matter of Morgan* (56 N. Y., 629). The court below was correct in so holding.

The order of the court below should be affirmed, and the writ quashed, with costs.

. Present — DAVIS, P. J., BRADY and INGALLS, JJ.

Order affirmed; writ quashed, with costs.